UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

BENJAMIN ESCOBAR RIOS,

Defendant.

26-CR-102-1 (DEH)

ORDER

DALE E. HO, United States District Judge:

Due to the likelihood of the New Yorks Knicks victory parade causing significant disruptions to travel and access in the vicinity of the Courthouse at 40 Foley Square, IT IS HEREBY ORDERED that the sentencing hearing previously scheduled for June 18, 2026, is ADJOURNED to **June 25, 2026**, at **3:00 p.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated:  June 17, 2026
New York, New York

_____
DALE E. HO
United States District Judge